**FILED** CEM
**OCTOBER 23, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT


A CERTIFIED TRUE COPY
OCT 2 3 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 5 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

**07 C 6091**

### CONDITIONAL TRANSFER ORDER (CTO-30)

JUDGE ASPEN

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 2 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By /s/ A. BAUGARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: NOVEMBER 9, 2007



MICHAEL W. DOBBINS

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

November 9, 2007

Charles R. Diard Jr., Clerk of Court
United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

Dear Clerk:

**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**
　Your case number:　　1:07-623 Janice Burrell, et al v Ameriquest Mortgage Co.

Our case number:　　07 cv 6091- Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　Michael W. Dobbins
　　　　　　　　　　　　　Clerk

　　　　　　by:　　s/ A. Baugard
　　　　　　　　　　　Director of Docketing

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                             MDL No. 1715

## SCHEDULE CTO-30 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 07-623 | Janice Burrell, et al. v. Ameriquest Mortgage Co. | 07cv6091 |
| ~~ALS 1 07-648~~ | ~~Benjamin Johnson, et al. v. Ameriquest Mortgage Co.~~ | 07cv6231 |
| ~~ALS 1 07-652~~ | ~~Mervin Thomas, et al. v. Ameriquest Mortgage Co.~~ | 07cv6232 |
| **CONNECTICUT** | | |
| ~~CT 3 07-1113~~ | ~~Andrew Dlugolecki v. Town & Country Credit Corp., et al.~~ Opposed 10/22/07 | |
| CT 3 07-1188 | Ocie Todd, et al. v. Ameriquest Mortgage Co., et al. | 07cv6233 |
| **NEW YORK EASTERN** | | |
| NYE 1 07-3772 | Darrin Drew, et al. v. ACC Capital Holdings Corp., et al. | 07cv6234 |